EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. HIPHOPSTAN.COM, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3128791<br><br>Photo Description: Pop superstar Jennifer Lopez seen wearing a diamond studded bodysuit while performing live in concert in Madrid, Spain.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:     http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/42524-jennifer-lopez-has-gotten-thick-again-phat-back-back-jenny-block.html<br>Observed Date: 05/10/2013 |  |

| COPYRIGHTED IMAGE | INFRINGEMENT#2 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3115048<br><br>Photo Description: Rihanna makes her way into the new 40/40 club in Brooklyn\'s Barclays Center in New York City.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:     http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/42362-grand-opening-jay-z-company-40-40-club-brooklyn.html<br>Observed Date: 05/10/2013 |  |

| COPYRIGHTED IMAGE | INFRINGEMENT#3 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3128791<br><br>Photo Description: Pop superstar Jennifer Lopez seen wearing a diamond studded bodysuit while performing live in concert in Madrid, Spain.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:     http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/42524-jennifer-lopez-has-gotten-thick-again-phat-back-back-jenny-block.html<br>Observed Date: 05/10/2013 |  |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. HIPHOPSTAN.COM, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3115048<br><br>Photo Description: Rihanna makes her way into the new 40/40 club in Brooklyn\'s Barclays Center in New York City.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:   http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/42362-grand-opening-jay-z-company-40-40-club-brooklyn.html<br>Observed Date: 05/10/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#5 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 89862<br>Date Taken: 01/26/2013<br>Photo Description: Christina Milian, sporting a plunging black one piece, spends the day at the beach with friends in Miami.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:   http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/44238-uncensored-pictures-christina-milian-finally-has-nip-slip-up-tiddy-comes-out-her-top.html<br>Observed Date: 07/29/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#6 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 89862<br>Date Taken: 01/26/2013<br>Photo Description: Christina Milian, sporting a plunging black one piece, spends the day at the beach.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:   http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/44238-uncensored-pictures-christina-milian-finally-has-nip-slip-up-tiddy-comes-out-her-top.html<br>Observed Date: 07/29/2013 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. HIPHOPSTAN.COM, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#7 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 89862<br>Date Taken: 01/26/2013<br>Photo Description: Christina Milian, sporting a plunging black one piece, spends the day at the beach with friends.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:   http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/44238-uncensored-pictures-christina-milian-finally-has-nip-slip-up-tiddy-comes-out-her-top.html<br>Observed Date: 07/29/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#8 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 89862<br>Date Taken: 01/26/2013<br>Photo Description: Christina Milian, sporting a plunging black one piece, spends the day at the beach with friends in Miami.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:   http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/44238-uncensored-pictures-christina-milian-finally-has-nip-slip-up-tiddy-comes-out-her-top.html<br>Observed Date: 07/29/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#9 OF 10 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 89862<br>Date Taken: 01/26/2013<br>Photo Description: Christina Milian, sporting a plunging black one piece, spends the day at the beach.<br><br>Registration Number: UNREGISTERED | Domain: www.hiphopstan.com<br>URL:   http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/44238-uncensored-pictures-christina-milian-finally-has-nip-slip-up-tiddy-comes-out-her-top.html<br>Observed Date: 07/29/2013 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. HIPHOPSTAN.COM, LLC.

| COPYRIGHTED IMAGE | | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | INFRINGEMENT#10 OF 10<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 98915<br>Date Taken: 06/15/2013<br>Photo Description: Serena Williams in a green bikini on Miami Beach.<br>Cpoyright Application Date: 07/11/2013<br>Application Number: 1-962705720<br>Copyright Registration Date: 07/11/2013<br>Registration Number: VA0001875960 | Domain: www.hiphopstan.com<br>URL:    http://www.hiphopstan.com/forum/flashing-lights-picture-icandy-forum/46596-built-tough-like-ford-yet-so-curvy-like-ferrari-serena-williams-shows-off-her-amazing-bikini-body.html<br>Observed Date: 07/23/2013 | |

x

01/13/2014 15:53:37